Benjamin Herbert (Bar No. 277356)
E-mail: benjamin.herbert@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
200 Spectrum Center Drive
Suite 1650
Irvine, CA 92618
Telephone: 949.247.7302
Facsimile: 619.235.0398

*Attorney for Plaintiff Aqua Tru, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Aqua Tru, LLC,

*Plaintiff*,

v.

Bluevua Inc.,

*Defendant*.

Case No. ______________

**COMPLAINT**

JURY TRIAL DEMAND

Plaintiff Aqua Tru, LLC ("Aqua Tru"), by and through their undersigned counsel, allege against Defendant Bluevua Inc. ("Bluevua") as follows:

## THE PARTIES

1. Plaintiff Aqua Tru, LLC is a Delaware limited liability company registered in California with a principal place of business located at 14724 Ventura Boulevard # 200, Sherman Oaks, CA 91403.

2. On information and belief, Defendant Bluevua is a corporation registered in California with a principal place of business located at 21900 Burbank Boulevard, Suite #110, Woodland Hills, CA 91367.

## JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271 *et seq*.

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Bluevua because it is a California corporation with its principal place of business in this District. In addition, this Court has personal jurisdiction over Bluevua because it conducts business in this District; has purposefully availed itself of the rights and benefits of California law; and has substantial, continuous, and systematic contacts with the State of California and this District.

6. This Court further has personal jurisdiction over Bluevua because this lawsuit arises out of Bluevua's infringing activities including, without limitation, Bluevua's distributing, selling, and/or offering to sell infringing products in California, including in this District, and/or importing infringing products into California, including in this District.

7. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(b) because Bluevua reside in this District, and it has a regular and established place of business in

this District and has committed acts of infringement in this District, including distributing, selling, and/or offering to sell infringing products.

**THE ’941 PATENT**

8. On January 14, 2020, U.S. Patent No. 10,532,941 (“the ’941 patent”), entitled “SYSTEMS AND METHODS FOR WATER FILTRATION,” was duly and legally issued by the United States Patent and Trademark Office (“PTO”). A copy of the ’941 patent is attached as Exhibit A.

9. Aqua Tru is the assignee of the ’941 patent.

10. The ’941 patent has fourteen 14 claims.

11. Claim 14 of the ’941 patent recites: “A point-of-use countertop water filtration system, comprising: a support base; a first receptacle disposed on the support base and configured to store source water; a second receptacle disposed on the support base and configured to store supply water; and a filter system disposed between the first receptacle and the second receptacle, the filter system comprising sediment and/or carbon filters, an RO filter, and a carbon filter, wherein the sediment and/or carbon filters are configured to filter and deliver first filtered water to the RO filter, wherein the RO filter is configured and disposed to receive the first filtered water from the sediment and/or carbon filters, to deliver a first portion of the first filtered water to the first receptacle, the first portion of the first filtered water being waste water that is delivered back to the first receptacle, and to filter and deliver a second portion of the first filtered water, the second portion of the first filtered water being second filtered water, wherein the carbon filter is disposed between the RO filter and the second receptacle and is configured to receive the second filtered water from the RO filter and to filter and deliver third filtered water to the second receptacle.”

**AQUA TRU PRODUCTS**

12. Aqua Tru sells countertop reverse osmosis water filtration products marketed as AquaTru Classic, AquaTru Classic Smart, AquaTru Carafe, and AquaTru Carafe Smart (collectively, the “AquaTru Products”).

13. Each of the AquaTru Products embodies one or more claims of the ’941 patent.

## THE ACCUSED PRODUCTS

14. Bluevua is a direct competitor of Aqua Tru in the countertop reverse osmosis water filtration product market.

15. Bluevua offers to sell and sells the ROPOT countertop reverse osmosis water filtration products (“ROPOT”) within the United States, including in this District, through its website www.bluevua.com.

16. Bluevua offers to sell and sells the ROPOT-LITE countertop reverse osmosis water filtration products (“ROPOT-LITE”) within the United States, including in this District, through its website www.bluevua.com.

17. The ROPOT and the ROPOT-LITE (collectively, the “Accused Products”) include the model names below:

| Name/Description | Model Name | Exemplary URL |
|---|---|---|
| **ROPOT** | | |
| ROPOT(UV) Countertop Reverse Osmosis Water System<br><br>(6-stage, white) | RO100ROPOT(UV) | https://bluevua.com/products/ropot-countertop-reverse-osmosis-water-system-with-uv-light?variant=47235596255460 |
| ROPOT(UV) Countertop Reverse Osmosis Water System<br><br>(6-stage, black) | RO100ROPOT(UV) | https://bluevua.com/products/ropot-countertop-reverse-osmosis-water-system-with-uv-light?variant=47235596288228 |

| **Name/Description** | **Model Name** | **Exemplary URL** |
|---|---|---|
| ROPOT Countertop Reverse Osmosis Water System<br><br>(5-stage, white) | RO100ROPOT | https://bluevua.com/products/ropot-countertop-reverse-osmosis-water-system |
| **ROPOT-LITE** | | |
| ROPOT-Lite(UV) Countertop Reverse Osmosis Water System<br><br>(7-stage, white) | RO100ROPOT-Lite(UV) | https://bluevua.com/products/ropot-lite-countertop-reverse-osmosis-water-system-with-uv-light |
| ROPOT-Lite(UV) Countertop Reverse Osmosis Water System<br><br>(7-stage, blue) | RO100ROPOT-Lite(UV) | https://bluevua.com/products/ropot-lite-countertop-reverse-osmosis-water-system-with-uv-light?variant=45184925073636 |
| ROPOT-Lite Countertop Reverse Osmosis Water System<br><br>(6-stage, white) | RO100ROPOT-Lite | https://bluevua.com/products/ropot-lite-countertop-reverse-osmosis-water-system?variant=45171939279076 |

| Name/Description | Model Name | Exemplary URL |
|---|---|---|
| ROPOT-Lite Countertop Reverse Osmosis Water System<br><br>(6-stage, blue) | RO100ROPOT-Lite | https://bluevua.com/products/ropot-lite-countertop-reverse-osmosis-water-system?variant=45171939246308 |

## COUNT ONE

**(Infringement of the '941 Patent)**

18. Aqua Tru incorporates by reference and realleges each of the allegations in the paragraphs above.

19. The Accused Products, by way of example only, meet each and every limitation of at least claim 14 of the '941 patent. *See, e.g.*, Exhibit B (ROPOT) and Exhibit C (ROPOT-LITE).

20. Bluevua, without authority, has directly infringed and continues to directly infringe the '941 patent under 35 U.S.C. § 271(a), at least by making, importing, distributing, selling, offering for sale, and/or using within the United States the Accused Products.

21. As a result of Bluevua's infringement of the '941 patent, Aqua Tru has suffered and will continue to suffer damages, including lost sales.

22. Bluevua's infringement of the '941 patent is willful, making this an exceptional case and entitling Aqua Tru to enhanced damages and attorneys' fees.

23. Aqua Tru has been irreparably harmed by Bluevua's infringement of the '941 patent and will continue to be harmed unless Bluevua's infringing conduct is enjoined by order of this Court.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Aqua Tru demands a trial by jury on all issues so triable raised in the Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Aqua Tru respectfully requests that this Court:

A. Enter judgment that Bluevua has directly infringed one or more claims of the ’941 patent, and that the manufacture, use, sale, offer for sale and/or importation of the Accused Products infringe one or more claims of the ’941 patent;

B. Enter judgment that Blueva’s infringement of the ’941 patent has been wilfull;

C. Permanently enjoin Bluevua, its officers, agents, servants and employees, and those in active concert or participation with any of them, from infringing the ’941 patent;

D. Award Aqua Tru compensatory damages, including lost profits and/or a reasonable royalty, for Bluevua’s infringement of the ’941 patent to be determined at trial;

E. Award Aqua Tru enhanced damages under 35 U.S.C. § 284 for Bluevua’s willful infringement of the ’941 patent;

F. Declare this to be an exceptional case under 35 U.S.C. § 285;

G. Award Aqua Tru its attorneys’ fees and costs incurred in prosecuting this action, together with pre-judgment and post-judgment interest; and

H. Grant Aqua Tru such other and further relief as this Court deems just and proper.

DATED: November 16, 2026 By: */s/Benjamin Herbert*

Benjamin Herbert (Bar No. 277356)
E-mail: benjamin.herbert@procopio.com

PROCOPIO, CORY,
HARGREAVES &
SAVITCH LLP
200 Spectrum Center Drive
Suite 1650
Irvine, CA 92618
Telephone: 949.247.7302
Facsimile: 619.235.0398

*Attorney for Plaintiff Aqua Tru, LLC*